JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EMIEL A. KANDI, | Case No. CV 17-436-GW (KK) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| STEVEN LANGFORD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: December 1, 2017

_George H. Wu_

HONORABLE GEORGE H. WU
United States District Judge